| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>**OTTERBOURG P.C.**<br>230 Park Avenue<br>New York, New York 10169<br>(212) 905-3656<br>Daniel F. Fiorillo, Esq. (dfiorillo@otterbourg.com)<br>(*pro hac vice* pending)<br>Chad B. Simon, Esq. (csimon@otterbourg.com)<br>(*pro hac vice* pending)<br>*Counsel for JPMorgan Chase Bank, N.A., as Administrative Agent and Lender*<br><br>-and-<br><br>**NORRIS McLAUGHLIN, P.A.**<br>400 Crossing Boulevard, 8th Floor, P.O. Box 5933<br>Bridgewater, New Jersey 08807<br>(908) 722-0700<br>Morris S. Bauer, Esq. (msbauer@norris-law.com)<br>Allison J. Arotsky, Esq. (aarotsky@norris-law.com)<br>*Local Counsel for JPMorgan Chase Bank, N.A., as Administrative Agent and Lender* | |
| In re:<br><br>MODELL'S SPORTING GOODS, INC.,[1]<br><br>                Debtor | Chapter 11<br><br>Case No. 20-14179 (VFP)<br><br>Hon. Vincent F. Papalia<br><br>(Joint Administration Requested) |
| In re:<br><br>MODELL'S II, INC.,<br><br>                Debtor | Chapter 11<br><br>Case No. 20-14195 (VFP) |

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: Modell's Sporting Goods, Inc. (9418), Modell's II, Inc. (9422), Modell's NY II, Inc. (9434), Modell's NJ II, Inc. (9438), Modell's PA II, Inc. (9426), Modell's Maryland II, Inc. (9437), Modell's VA II, Inc. (9428), Modell's DE II, Inc. (9423), Modell's DC II, Inc. (9417), Modell's CT II, Inc. (7556), MSG Licensing, Inc. (8971), Modell's NH, Inc. (4219), Modell's Massachusetts, Inc. (6965) and Modell's Online, Inc. (2893). The Debtors' corporate headquarters is located at 498 Seventh Avenue, 20th Floor, New York, New York 10018.

| | |
|---|---|
| In re: <br><br> MODELL'S NY II, INC., <br><br> Debtor | Chapter 11 <br><br> Case No. 20-14208 (VFP) |
| In re: <br><br> MODELL'S NJ II, INC., <br><br> Debtor | Chapter 11 <br><br> Case No. 20-14178 (VFP) |
| In re: <br><br> MODELL'S PA II, INC., <br><br> Debtor | Chapter 11 <br><br> Case No. 20-14211 (VFP) |
| In re: <br><br> MODELL'S MARYLAND II, INC., <br><br> Debtor | Chapter 11 <br><br> Case No. 20-14197 (VFP) |
| In re: <br><br> MODELL'S VA II, INC. <br><br> Debtor | Chapter 11 <br><br> Case No. 20-14212 (VFP) |
| In re: <br><br> MODELL'S DE II, INC. <br><br> Debtor | Chapter 11 <br><br> Case No. 20-14194 (VFP) |
| In re: <br><br> MODELL'S DC II, INC. <br><br> Debtor | Chapter 11 <br><br> Case No. 20-14193 (VFP) |
| In re: <br><br> MODELL'S CT II, INC. <br><br> Debtor | Chapter 11 <br><br> Case No. 20-14182 (VFP) |
| In re: <br><br> MSG LICENSING, INC. <br><br> Debtor | Chapter 11 <br><br> Case No. 20-14213 (VFP) |

| | |
|---|---|
| In re:<br><br>MODELL'S NH, INC.<br><br>Debtor | Chapter 11<br><br>Case No. 20-14206 (VFP) |
| In re:<br><br>MODELL'S MASSACHUSETTS, INC.<br><br>Debtor | Chapter 11<br><br>Case No. 20-14202 (VFP) |
| In re:<br><br>MODELL'S ONLINE, INC.<br><br>Debtor | Chapter 11<br><br>Case No. 20-14209 (VFP) |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of JPMorgan Chase Bank, N.A. as Administrative Agent and Lender. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

> NORRIS McLAUGHLIN, P.A.
> Morris S. Bauer, Esq.
> 400 Crossing Boulevard, 8th Floor, P.O. Box 5933
> Bridgewater, New Jersey 08807

DOCUMENTS

☐ All notices entered pursuant to Fed. R. Bankr. P. 2002.

■ All documents and pleadings of any nature.

Date: March 11, 2020                             */s/ Morris S. Bauer*
                                                 Signature