| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with **D.N.J. LBR 9004-1(b)**<br><br>Kate R. Buck<br>James A. Kellar<br>McCARTER & ENGLISH, LLP<br>100 Mulberry Street<br>Newark, New Jersey 07102<br>(973) 622-4444<br>kbuck@mccarter.com, jkellar@mccarter.com<br><br>*Counsel for NStar Electric Company, Eastern Massachusetts, Connecticut Light & Power Company, Yankee Gas Services Company, Public Service Company of New Hampshire, Consolidated Edison Company of New York, Inc., Orange and Rockland Utilities, Inc., PECO Energy Company, The Potomac Electric Power Company, Delmarva Power & Light Company, Atlantic City Electric Company, Potomac Edison Company, Jersey Central Power & Light Company, Boston Gas Company, KeySpan Energy Delivery Long Island, KeySpan Energy Delivery New York, Massachusetts Electric Company, Public Service Electric and Gas Company and Baltimore Gas and Electric Company* | |
| In re:<br><br>MODELL'S SPORTING GOODS, INC., *et al.*,<br><br>               Debtors. | Chapter 11<br><br>Case No. 20-14179 (VFP)<br><br>Jointly Administered<br><br>Honorable Vincent F. Papalia |

**DECLARATION OF VICKI PIAZZI OF NATIONAL GRID IN SUPPORT OF RESPONSE OF CERTAIN UTILITY COMPANIES TO THE ORDER TEMPORARILY SUSPENDING THE DEBTORS' CHAPTER 11 CASES PURSUANT TO 11 U.S.C. §§ 105 AND 305**

I, Vicki Piazzi, declare as follows:

1. I am a Lead Analyst, US Shared Services Credit and Collections for National Grid, and I have been a Lead Analyst for 5 years and with National Grid for 30 years. In my current position with National Grid, I assist in the credit and bankruptcy operations of the following operating companies: Boston Gas Company ("BGE") and Massachusetts Electric Company ("MEC") (collectively, "National Grid").

2. Except as otherwise stated, all facts contained within this Declaration are based upon personal knowledge, my review of National Grid's business documents, correspondence and relevant documents, or my opinion based upon my experience concerning the operations of National Grid. If called upon to testify, I would testify to the facts set forth in this Declaration.

3. On behalf of National Grid, I submit this Declaration in support of the *Response of Certain Utility Companies To the Order Temporarily Suspending the Debtors' Chapter 11 Cases Pursuant to 11 U.S.C. §§ 105 and 305* (the "Response").

4. In making this Declaration, I am familiar with the contents of the Response.

5. It is part of my job responsibility with National Grid to: (A) review customer accounts with National Grid; (B) address credit issues with National Grid's customers; and (C) address issues concerning customers that file for bankruptcy protection, including payment of post-petition invoices.

6. Attached hereto as Exhibit "A" is a chart reflecting (i) redacted post-petition account numbers, (ii) service addresses, (iii) the post-petition service period for each invoice, (iv) invoice amount, and (v) invoice due date.

7. Exhibit "A" reflects that (i) BGE issued 2 post-petition invoices to the Debtors

2

totaling $1,314.90, and (ii) MEC issued one post-petition invoice to the Debtors in the amount of $194.53.

8. National Grid has not received payment for any of the post-petition invoices set forth in Exhibit "A."

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 22nd day of April 2020, at Syracuse, New York.

_____
Vicki Piazza

Modell's Sporting Goods, Inc., et al.
Case No. 20-14179

**EXHIBIT "A"**

| Service Address | | | Post-Petition Account # (last 4) | Invoice date | Service period | Bill amount | Due Date (BILLS ARE DUE UPON RECEIPT; DATES GIVEN ARE THE LAST DATE BEFORE IT'S CONSIDERED LATE) | NG Entity |
|---|---|---|---|---|---|---|---|---|
| 632 FELLSWAY | MED | MA 21550 N/A | 4013 | 4/9/2020 | 3/11/20 - 3/17/20 | $318.89 | 5/4/2020 | Boston Gas |
| 188 NEEDHAM ST S110R | NEW | MA 24640 | 2562 | 4/15/2020 | 3/11/20-4/9/20 | $996.01 | 5/10/2020 | Boston Gas |
| 650 FELLSWAY | | MEDFORD MA | 0011 | 4/13/2020 | 3/11/20-3/16/20 | $194.53 | 5/7/2020 | **Boston Gas** Massachusetts Elec |
| | | | | | | | | **Massachusetts Elec** |

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Kate R. Buck<br>James A. Kellar<br>McCARTER & ENGLISH, LLP<br>100 Mulberry Street<br>Newark, New Jersey 07102<br>(973) 622-4444<br>kbuck@mccarter.com, jkellar@mccarter.com<br><br>*Counsel for NStar Electric Company, Eastern Massachusetts, Connecticut Light & Power Company, Yankee Gas Services Company, Public Service Company of New Hampshire, Consolidated Edison Company of New York, Inc., Orange and Rockland Utilities, Inc., PECO Energy Company, The Potomac Electric Power Company, Delmarva Power & Light Company, Atlantic City Electric Company, Potomac Edison Company, Jersey Central Power & Light Company, Boston Gas Company, KeySpan Energy Delivery Long Island, KeySpan Energy Delivery New York, Massachusetts Electric Company, Public Service Electric and Gas Company and Baltimore Gas and Electric Company* | |
| In re:<br><br>MODELL'S SPORTING GOODS, INC., *et al.*,<br><br>                Debtors. | Chapter 11<br><br>Case No. 20-14179 (VFP)<br><br>Jointly Administered<br><br>Honorable Vincent F. Papalia |

**DECLARATION OF JENNIFER WOEHRLE OF ORANGE AND ROCKLAND UTILITIES, INC. IN SUPPORT OF RESPONSE OF CERTAIN UTILITY COMPANIES TO THE ORDER TEMORARILY SUSPENDING THE <u>DEBTORS' CHAPTER 11 CASES PURSUANT TO 11 U.S.C. §§ 105 AND 305</u>**

I, Jennifer Woehrle declare as follows:

1. I am a Senior Analyst for Orange and Rockland Utilities, Inc. ("ORU") and I have been with ORU for 14 years, 10 months. In my current position with ORU, I assist in the credit and bankruptcy operations.

2. Except as otherwise stated, all facts contained within this Declaration are based upon personal knowledge, my review of ORU's business documents, correspondence and relevant documents, or my opinion based upon my experience concerning the operations of ORU. If called upon to testify, I would testify to the facts set forth in this Declaration.

3. On behalf of ORU, I submit this Declaration in support of the *Response of Certain Utility Companies To the Order Temporarily Suspending the Debtors' Chapter 11 Cases Pursuant to 11 U.S.C. §§ 105 and 305* (the "Response").

4. In making this Declaration, I am familiar with the contents of the Response.

5. It is part of my job responsibility with ORU to: (A) review customer accounts with ORU; (B) address credit issues with ORU's customers; and (C) address issues concerning customers that file for bankruptcy protection, including payment of post-petition invoices.

6. Attached hereto as Exhibit "A" is a chart reflecting eight (8) post-petition invoices issued by ORU to the Debtors totaling $7,651.38. Exhibit "A" reflects (i) redacted post-petition account numbers, (ii) service addresses, (iii) the post-petition service period for each invoice, (iv) invoice amount, and (v) invoice due date.

7. ORU has not received payment for any of the post-petition invoices set forth in Exhibit "A."

2

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 17 day of April 2020, at Spring Valley, New York.

*Jennifer Woehrle*
Jennifer Woehrle

3

EXHIBIT "A"

Orange and Rockland

| Last 4 | # | ST | CITY | ST | ZIP | Acct Open | Bill Date | Billing Dates | Amount | Payment | Bill Due |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3039 | 2543 | PALISADES-CTR | WEST NYACK | NY | 10994 | 3/11/2020 | 4/16/2020 | 3/11/2020- 3/31/2020 | $3,173.94 | $0.00 | 5/11/2020 |
| 3027 | 23 | CENTRE | CENTRAL VALLEY | NY | 10917 | 3/11/2020 | 4/14/2020 | 3/11/2020 - 4/14/2020 | $1,100.36 | $0.00 | 5/11/2020 |
| 0026 | 470 | ROUTE-211 E | MIDDLETOWN | NY | 10940 | 3/11/2020 | 4/15/2020 | 3/11/2020 - 4/10/2020 | $2,279.38 | $0.00 | 5/11/2020 |
| 9065 | 75 | INTERSTATE-SHOP | RAMSEY | NJ | 07446 | 3/11/2020 | 4/14/2020 | 3/11/2020 - 4/06/2020 | $70.45 | $0.00 | 5/11/2020 |
| 1022 | 108 | ROCKLAND | NANUET | NY | 10954 | 3/11/2020 | 4/15/2020 | 3/11/2020 - 4/10/2020 | $411.02 | $0.00 | 5/11/2020 |
| 1025 | 102 | ROCKLAND | NANUET | NY | 10954 | 3/11/2020 | 4/14/2020 | 3/11/2020 - 4/10/2020 | $21.84 | $0.00 | 5/11/2020 |
| 1018 | 110 | ROCKLAND | NANUET | NY | 10954 | 3/11/2020 | 4/15/2020 | 3/11/2020 - 4/10/2020 | $33.96 | $0.00 | 5/11/2020 |
| 4047 | 75 | INTERSTATE-SHOP | RAMSEY | NJ | 07446 | 3/11/2020 | 4/15/2020 | 3/11/2020 - 4/06/2020 | $560.43 | $0.00 | 5/11/2020 |

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with **D.N.J. LBR 9004-1(b)**<br><br>Kate R. Buck<br>James A. Kellar<br>McCARTER & ENGLISH, LLP<br>100 Mulberry Street<br>Newark, New Jersey 07102<br>(973) 622-4444<br>kbuck@mccarter.com. jkellar@mccarter.com<br><br>*Counsel for NStar Electric Company, Eastern Massachusetts, Consolidated Edison Company of New York, Inc., Orange and Rockland Utilities, Inc., PECO Energy Company, The Potomac Electric Power Company, Delmarva Power & Light Company, Atlantic City Electric Company, Potomac Edison Company, Jersey Central Power & Light Company, Boston Gas Company, KeySpan Energy Delivery Long Island, KeySpan Energy Delivery New York, Massachusetts Electric Company, Public Service Electric and Gas Company and Baltimore Gas and Electric Company* | |
| In re:<br><br>MODELL'S SPORTING GOODS, INC., *et al.*,<br><br>               Debtors. | Chapter 11<br><br>Case No. 20-14179 (VFP)<br><br>Jointly Administered<br><br>Honorable Vincent F. Papalia |

**DECLARATION OF LISA R. HOLLAND IN SUPPORT OF RESPONSE OF CERTAIN UTILITY COMPANIES TO THE ORDER TEMORARILY SUSPENDING THE DEBTORS' CHAPTER 11 CASES PURSUANT TO 11 U.S.C. §§ 105 AND 305**

I, Lisa R. Holland declare as follows:

1.     I am a Business Analyst for PECO Energy Company ("PECO") and I have been in

that position for 15 years and with PECO for 37 years. In my current position with PECO, I assist in the credit and bankruptcy operations.

2. Except as otherwise stated, all facts contained within this Declaration are based upon personal knowledge, my review of PECO's business documents, correspondence and relevant documents, or my opinion based upon my experience concerning the operations of PECO. If called upon to testify, I would testify to the facts set forth in this Declaration.

3. On behalf of PECO, I submit this Declaration in support of the *Response of Certain Utility Companies To the Order Temporarily Suspending the Debtors' Chapter 11 Cases Pursuant to 11 U.S.C. §§ 105 and 305* (the "Response").

4. In making this Declaration, I am familiar with the contents of the Application.

5. It is part of my job responsibility with PECO to: (A) review customer accounts with PECO; (B) address credit issues with PECO's customers; and (C) address issues concerning customers that file for bankruptcy protection, including payment of post-petition invoices.

6. Attached hereto as Exhibit "A" is a chart reflecting sixteen (16) post-petition invoices issued by PECO to the Debtors totaling $3,637.81. Exhibit "A" reflects (i) redacted post-petition account numbers, (ii) service addresses, (iii) the post-petition service period for each invoice, (iv) invoice amount, (v) invoice due date, (vi) whether the invoice was paid.

7. PECO has not received payment for any of the post-petition invoices set forth in Exhibit "A."

2

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 22 day of April 2020, at Philadelphia, Pennsylvania.

_Lisa R. Holland_
Lisa R. Holland

Exhibit "A"

**PECO** — An Exelon Company

| Debtor's Name: | Modell's Sporting Goods, Inc. |
| --- | --- |
| File Date: | 3/11/2020 |

| Redacted Account Number | Premise Address | Invoice Date | Service From | Service To | Bill Amount | Due Date | Payments |
| --- | --- | --- | --- | --- | --- | --- | --- |
| ******1104 | 5601 N FRONT ST, C-3 PHILADELPHIA PA 19120 | 3/13/2020 | 3/11/2020 | 3/13/2020 | $27.75 | 4/6/2020 | None |
| | | 4/13/2020 | 3/13/2020 | 4/13/2020 | $335.78 | 5/5/2020 | None |
| ******1109 | 3400 ARAMINGO AVE, F-1 PHILADELPHIA PA 19134 | 3/13/2020 | 3/11/2020 | 3/13/2020 | $31.58 | 4/22/2020 | None |
| | | 4/13/2020 | 3/13/2020 | 4/13/2020 | $410.50 | 5/5/2020 | None |
| ******5190 | 78 S 69TH ST, MODELS UPPER DARBY PA 19082 | 3/17/2020 | 3/11/2020 | 3/17/2020 | $565.17 | | None |
| ******8018 | 962 W STREET RD, MODELLS WARMINSTER PA 18974 | 3/25/2020 | 3/11/2020 | 3/25/2020 | $328.05 | 4/16/2020 | None |
| ******1205 | 19 SNYDER AVE, STORE 9 PHILADELPHIA PA 19148 | 3/23/2020 | 3/11/2020 | 3/23/2020 | $79.22 | 4/14/2020 | None |
| ******0900 | 17 SNYDER AVE, STORE 8 PHILADELPHIA PA 19148 | 3/23/2020 | 3/11/2020 | 3/23/2020 | $28.68 | 4/14/2020 | None |
| ******0504 | 15 SNYDER AVE, STORE 7 PHILADELPHIA PA 19148 | 3/23/2020 | 3/11/2020 | 3/23/2020 | $74.62 | 4/14/2020 | None |
| ******3032 | 1528 CHESTNUT ST PHILADELPHIA PA 19102 | 4/8/2020 | 3/11/2020 | 4/8/2020 | $867.73 | 4/24/2020 | None |
| ******1602 | 13 SNYDER AVE, STORE 14 PHILADELPHIA PA 19148 | 3/23/2020 | 3/11/2020 | 3/23/2020 | $28.12 | 4/14/2020 | None |
| ******1506 | 283 MAIN ST EXTON PA 19341 | 3/25/2020 | 3/11/2020 | 3/25/2020 | $168.59 | 4/16/2020 | None |
| ******1804 | 5280 W BALTIMORE AVE, CH-573 CLIFTON HEIGHTS PA 19018 | 4/7/2020 | 3/11/2020 | 4/7/2020 | $645.24 | 4/29/2020 | None |
| ******1004 | 283 MAIN ST EXTON PA 19341 | 3/25/2020 | 3/11/2020 | 3/25/2020 | $16.46 | 4/16/2020 | None |
| ******0807 | 1000 EASTON RD *STE 201, STR-A WYNCOTE PA 19095 | 3/24/2020 | 3/11/2020 | 3/24/2020 | $141.97 | 4/15/2020 | None |
| ******0109 | 1089 W BALTIMORE PIKE, BLDG F MEDIA PA 19063 | 3/24/2020 | 3/11/2020 | 3/24/2020 | $420.36 | 4/15/2020 | None |
| ******4072 | 1089 W BALTIMORE PIKE *BLDG F, GAS MEDIA PA 19063 | 4/9/2020 | 3/11/2020 | 4/9/2020 | $33.16 | 5/4/2020 | None |

Exhibit A