| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with **D.N.J. LBR 9004-1(b)**<br><br>Kate R. Buck<br>James A. Kellar<br>McCARTER & ENGLISH, LLP<br>100 Mulberry Street<br>Newark, New Jersey 07102<br>(973) 622-4444<br>kbuck@mccarter.com, jkellar@mccarter.com<br><br>*Counsel for NStar Electric Company, Eastern Massachusetts, Connecticut Light & Power Company, Yankee Gas Services Company, Public Service Company of New Hampshire, Consolidated Edison Company of New York, Inc., Orange and Rockland Utilities, Inc., PECO Energy Company, The Potomac Electric Power Company, Delmarva Power & Light Company, Atlantic City Electric Company, Potomac Edison Company, Jersey Central Power & Light Company, Boston Gas Company, KeySpan Energy Delivery Long Island, KeySpan Energy Delivery New York, Massachusetts Electric Company, Public Service Electric and Gas Company and Baltimore Gas and Electric Company* | |
| In re:<br><br>MODELL'S SPORTING GOODS, INC., *et al.*,<br><br>                Debtors. | Chapter 11<br><br>Case No. 20-14179 (VFP)<br><br>Jointly Administered<br><br>Honorable Vincent F. Papalia |

**DECLARATION OF WALTER LARNERD OF FIRSTENERGY CORP.
IN SUPPORT OF RESPONSE OF CERTAIN UTILITY COMPANIES
TO THE ORDER TEMPORARILY SUSPENDING THE DEBTORS'
<u>CHAPTER 11 CASES PURSUANT TO 11 U.S.C. §§ 105 AND 305</u>**

I, Walter Larnerd, declare as follows:

1. I am a Supervisor, Revenue Assurance, with FirstEnergy Corp. ("FirstEnergy"), and I have been in that position for 6 years and with FirstEnergy for 12 years. In my current position with FirstEnergy, I manage or participate in the management of customer and credit services, including the customer bankruptcy operations of Potomac Edison Company ("PE").

2. Except as otherwise stated, all facts contained within this Declaration are based upon personal knowledge, my review of PE's business documents, correspondence and relevant documents, or my opinion based upon my experience concerning the operations of PE. If called upon to testify, I would testify to the facts set forth in this Declaration.

3. On behalf of PE, I submit this Declaration in support of the *Response of Certain Utility Companies To the Order Temporarily Suspending the Debtors' Chapter 11 Cases Pursuant to 11 U.S.C. §§ 105 and 305* (the "Response").

4. In making this Declaration, I am familiar with the contents of the Response.

5. It is part of my job responsibility with FirstEnergy to: (A) review customer accounts with PE; (B) address credit issues with PE's customers; and (C) address issues concerning customers that file for bankruptcy protection, including payment of post-petition invoices.

6. Attached hereto as Exhibit "A" is a chart reflecting the (i) redacted post-petition account number, (ii) service address, (iii) invoice amount, (iv) invoice bill date and (v) invoice due date.

7. Exhibit "A" reflects that PE issued two post-petition invoices to the Debtors totaling $930.77.

8. PE has not received payment for any of the post-petition invoices set forth in

2

Exhibit "A."

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 22nd day of April 2020, at Fairmont, West Virginia.

/s/ Walter Larnerd
Walter Larnerd

EXHIBIT "A"     Potomac Edison Company

**Modell Sporting Goods**
**20900B Frederick Rd**
**Germantown MD 20876**
**Account # 2362**
**Service Dates From 03/11/2020 - 4/21/2020**

| Invoice Date | Bill From | Bill To | Description | Due Date | Bill Amount | Amount Paid | Date Paid |
|---|---|---|---|---|---|---|---|
| | | | Past Due Balance | | | | |
| 3/20/2020 | 3/11/2020 | 3/19/2020 | Potomac Edison Charges | 4/6/2020 | $348.59 | | |
| | | | Direct Energy Business- Duel Bill | | $0.00 | | |
| 4/22/2020 | 3/20/2020 | 4/20/2020 | Potomac Edison Charges | 5/7/2020 | $582.18 | | |
| | | | Direct Energy Business- Duel Bill | | | | |

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with **D.N.J. LBR 9004-1(b)**<br><br>Kate R. Buck<br>James A. Kellar<br>McCARTER & ENGLISH, LLP<br>100 Mulberry Street<br>Newark, New Jersey 07102<br>(973) 622-4444<br>kbuck@mccarter.com, jkellar@mccarter.com<br><br>*Counsel for NStar Electric Company, Eastern Massachusetts, Connecticut Light & Power Company, Yankee Gas Services Company, Public Service Company of New Hampshire, Consolidated Edison Company of New York, Inc., Orange and Rockland Utilities, Inc., PECO Energy Company, The Potomac Electric Power Company, Delmarva Power & Light Company, Atlantic City Electric Company, Potomac Edison Company, Jersey Central Power & Light Company, Boston Gas Company, KeySpan Energy Delivery Long Island, KeySpan Energy Delivery New York, Massachusetts Electric Company, Public Service Electric and Gas Company and Baltimore Gas and Electric Company* | |
| In re:<br><br>MODELL'S SPORTING GOODS, INC., *et al.*,<br><br>           Debtors. | Chapter 11<br><br>Case No. 20-14179 (VFP)<br><br>Jointly Administered<br><br>Honorable Vincent F. Papalia |

**DECLARATION OF NIKEYA JACOBS OF THE POTOMAC ELECTRIC POWER COMPANY IN SUPPORT OF RESPONSE OF CERTAIN UTILITY COMPANIES TO THE ORDER TEMPORARILY SUSPENDING THE <u>DEBTORS' CHAPTER 11 CASES PURSUANT TO 11 U.S.C. §§ 105 AND 305</u>**

I, Nikeya Jacobs, declare as follows:

1. I am a Credit Analyst for The Potomac Electric Power Company ("Pepco") and I have been with the Pepco Credit Department for 5 years. In my current position with Pepco, I assist in the credit and bankruptcy operations.

2. Except as otherwise stated, all facts contained within this Declaration are based upon personal knowledge, my review of Pepco's business documents, correspondence and relevant documents, or my opinion based upon my experience concerning the operations of Pepco. If called upon to testify, I would testify to the facts set forth in this Declaration.

3. On behalf of Pepco, I submit this Declaration in support of the *Response of Certain Utility Companies To the Order Temporarily Suspending the Debtors' Chapter 11 Cases Pursuant to 11 U.S.C. §§ 105 and 305* (the "Response").

4. In making this Declaration, I am familiar with the contents of the Response.

5. It is part of my job responsibility with Pepco to: (A) review customer accounts with Pepco; (B) address credit issues with Pepco's customers; and (C) address issues concerning customers that file for bankruptcy protection, including payment of post-petition invoices.

6. Attached hereto as Exhibit "A" is a chart reflecting five (5) post-petition invoices issued by Pepco to the Debtors totaling $2,624.38. Exhibit "A" reflects (i) redacted post-petition account numbers, (ii) service addresses, (iii) the post-petition service period for each invoice, (iv) invoice amount, and (v) invoice due date.

7. Pepco has not received payment for any of the post-petition invoices set forth in Exhibit "A."

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 22 day of April 2020, at Newark, Delaware.

_____
Nikeya Jacobs

EXHIBIT "A"

Pepco

| Account Name | Post-Petition Account | Service Address | Bill Period | Total | Due Date | Date Paid |
|---|---|---|---|---|---|---|
| **DC** | | | | | | |
| MODELLS DC II INC | *******5706 | 3100 14TH ST NW #112 WASHINGTON | 3/12 - 4/7 | $367.20 | 4/29/2020 | |
| MODELLS DC LLC | *******5771 | 3100 14TH ST NW #111 WASHINGTON | 3/12 - 4/7 | $655.98 | 4/29/2020 | |
| MODELLS DC II INC T/A MODELL | *******5257 | 1518 BENNING RD NE WASHINGTON DC | INVOICE PENDING | | | |
| **MD** | | | | | | |
| MODELL'S SPORTING GOODS | *******7710 | 1761 RITCHIE STATION CT CAPITOL HEI | 3/12 - 4/6 | $903.80 | 4/28/2020 | |
| MODELL'S MARYLAND INC T/A M | *******8031 | 7201 WISCONSIN AVE GND BETHESDA | 3/12 - 4/3 | $145.46 | 4/27/2020 | |
| MODELL'S MARYLAND INC T/A M | *******8866 | 7409 GREENBELT RD GREENBELT MD 2 | 3/12 - 4/10 | $551.94 | 5/4/2020 | |

FILED: 3/11/2020
CH: 11
BANKRUPTCY COURT: NEW JERSEY CASE #20-14179

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with **D.N.J. LBR 9004-1(b)**<br><br>Kate R. Buck<br>James A. Kellar<br>McCARTER & ENGLISH, LLP<br>100 Mulberry Street<br>Newark, New Jersey 07102<br>(973) 622-4444<br>kbuck@mccarter.com, jkellar@mccarter.com<br><br>*Counsel for NStar Electric Company, Eastern Massachusetts, Connecticut Light & Power Company, Yankee Gas Services Company, Public Service Company of New Hampshire, Consolidated Edison Company of New York, Inc., Orange and Rockland Utilities, Inc., PECO Energy Company, The Potomac Electric Power Company, Delmarva Power & Light Company, Atlantic City Electric Company, Potomac Edison Company, Jersey Central Power & Light Company , Boston Gas Company, KeySpan Energy Delivery Long Island, KeySpan Energy Delivery New York, Massachusetts Electric Company, Public Service Electric and Gas Company and Baltimore Gas and Electric Company* | |
| In re:<br><br>MODELL'S SPORTING GOODS, INC., *et al.*,<br><br>              Debtors. | Chapter 11<br><br>Case No. 20-14179 (VFP)<br><br>Jointly Administered<br><br>Honorable Vincent F. Papalia |

**DECLARATION OF MATTHEW J. COONEY FROM PUBLIC SERVICE ELECTRIC AND GAS COMPANY IN SUPPORT OF RESPONSE OF CERTAIN UTILITY COMPANIES TO THE ORDER TEMPORARILY SUSPENDING THE <u>DEBTORS' CHAPTER 11 CASES PURSUANT TO 11 U.S.C. §§ 105 AND 305</u>**

I, Matthew J. Cooney declare as follows:

1. I am a Supervisor Back Office Collections, Industrial and Commercial, for Public Service Electric and Gas Company ("PSE&G") and I have been with PSE&G for 11 years. In my current position with PSE&G, I assist in the credit and bankruptcy operations.

2. Except as otherwise stated, all facts contained within this Declaration are based upon personal knowledge, my review of PSE&G's business documents, correspondence and relevant documents, or my opinion based upon my experience concerning the operations of PSE&G. If called upon to testify, I would testify to the facts set forth in this Declaration.

3. On behalf of PSE&G, I submit this Declaration in support of the *Response of Certain Utility Companies To the Order Temporarily Suspending the Debtors' Chapter 11 Cases Pursuant to 11 U.S.C. §§ 105 and 305* (the "Response").

4. In making this Declaration, I am familiar with the contents of the Response.

5. It is part of my job responsibility with PSE&G to: (A) review customer accounts with PSE&G; (B) address credit issues with PSE&G's customers; and (C) address issues concerning customers that file for bankruptcy protection, including payment of post-petition invoices.

6. Attached hereto as Exhibit "A" is a chart reflecting eighteen (18) post-petition invoices issued by PSE&G to the Debtors totaling $4,911.76. Exhibit "A" reflects (i) redacted post-petition account numbers, (ii) service addresses, (iii) the post-petition service period for each invoice, (iv) invoice amount, and (v) invoice due date.

7. PSE&G has not received payment for any of the post-petition invoices set forth in Exhibit "A."

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 20 day of April 2020, at Newark, New Jersey.

_____
Matthew J. Cooney

EXHIBIT "A"          PSE&G

| Post Petition SAP# | ACCOUNT NAME | ADDRESS | INVOICE DATE | SERVICE PERIOD | BILL AMOUNT | DUE DATE |
|---|---|---|---|---|---|---|
| xxxxxx4601 | Henry Modelle Inc | 443 58th St West New York | N/A | | | |
| xxxxxx3801 | Modell's | 1601 W Edgar Rd STE1 Linden | N/A | | | |
| xxxxxx4118 | Henry Modell & Co Inc | 5700 Bergenline Ave FL3 West New York | 4/8/2020 | 3/12/2020 - 4/7/2020 | $ 50.53 | 4/24/2020 |
| xxxxxx9507 | Modell's Sporting Goods | 2501 Route 130S STE A Cinnaminson | 3/23/2020 | 3/12/2020 - 3/20/2020 | $ 370.21 | 4/8/2020 |
| xxxxxx8503 | Modell's Sporting Goods | 3101 Kennedy Blvd SP A3B North Bergen | N/A | | | 4/7/2020 |
| xxxxxx2605 | Modell's Sporting Goods | 463 Green St Woodbridge | 3/18/2020 | 3/12/2020 - 3/19/2020 | $ 127.80 | |
| xxxxxx4503 | Modell's Sporting Goods | 1014 RTE 9 Sayreville | 4/8/2020 | 3/12/2020 - 4/7/2020 | $ 211.10 | 4/24/2020 |
| xxxxxx8805 | Modell's Sporting Goods | 1065 Bloomfield Ave ST6A Clifton | N/A | | | |
| xxxxxx8902 | Modell's Sporting Goods | 1065 Bloomfield Ave ST6B Clifton | N/A | | | |
| xxxxxx4508 | Modell's Sporting Goods | 301 Main St #203-130 Paterson | 4/7/2020 | 3/12/2020 - 4/6/2020 | $ 401.32 | 4/23/2020 |
| xxxxxx9305 | Modell's Sporting Goods | 1710 US Highway 46W West Paterson | N/A | | | |
| xxxxxx0300 | MODELLS | 1515 US Highway 22 BLG2 S11 Watchung | 3/31/2020 | 3/12/2020 - 3/31/2020 | $ 325.01 | 4/17/2020 |
| xxxxxx9518 | Modell's Sporting Goods | 2232 Marlton Pike W Retail 3 Cherry Hill | N/A | | | |
| xxxxxx9607 | Modell's Sporting Goods | 2232 Marlton Pike W Models Cherry Hill | N/A | | | |
| xxxxxx0904 | Henry Modell Inc. | 5714 Bergenline Ave STR West New York | 4/8/2020 | 3/12/2020 - 4/7/2020 | $ 883.24 | 4/24/2020 |
| xxxxxx2009 | Henry Modell Inc. | 5716 Bergenline Ave West New York | 4/8/2020 | 3/12/2020 - 4/7/2020 | $ 461.20 | 4/24/2020 |
| xxxxxx0004 | Modell's Sporting Goods | 270 Passaic Ave Kearny | 3/31/2020 | 3/12/2020 - 3/31/2020 | $ 369.11 | 4/17/2020 |
| xxxxxx9704 | Modell's Sporting Goods | 2839 JOHN f Kennedy Blvd Str Jersey City | N/A | | | |
| xxxxxx7402 | Modell's Sporting Goods | 1255 Raritan Rd A-1 Clark | 3/27/2020 | 3/12/2020 - 3/20/2020 | $ 123.71 | 4/14/2020 |
| xxxxxx0608 | Modell's New Jersey Inc | Spring St & Rte 22 STRB Union | 3/20/2020 | 3/12/2020 - 3/18/2020 | $ 59.42 | 4/7/2020 |
| xxxxxx7518 | Models Sporting Goods | 345 US Highway 202/206 Bridgewater | 3/31/2020 | 3/12/2020 - 3/25/2020 | $ 261.55 | 4/21/2020 |
| xxxxxx5105 | Models Sporting Goods | 350 Marketplace Blvd Hamilton | 3/25/2020 | 3/12/2020 - 3/23/2020 | $ 273.32 | 4/13/2020 |
| xxxxxx1307 | Henry's Modell's Inc | 473 River Rd STE C2 | 3/27/2020 | 3/12/2020 - 3/26/2020 | $ 301.45 | 4/14/2020 |
| xxxxxx2300 | Models | 611 Washington Blvd Jersey City | 3/26/2020 | 3/12/2020 - 3/25/2020 | $ 220.03 | 4/13/2020 |
| xxxxxx9801 | Modell's | 979B US Highway 1 North Brunswick | N/A | | | |
| xxxxxx9107 | Modell Sporting Goods | 165 E State Rt 4 STE 3A Paramus | 3/26/2020 | 3/12/2020 - 3/25/2020 | $ 228.68 | 4/13/2020 |
| xxxxxx3609 | Modell's Sporting Goods | 189 RTE 46 Saddle Brook | 3/24/2020 | 3/12/2020 - 3/23/2020 | $ 237.60 | 4/9/2020 |
| xxxxxx1202 | Modell's Sporting Goods | 224 Bloomfield Ave Bloomfield | N/A | | | |
| xxxxxx9300 | Modell's Sporting Goods | 75 Interstate Shop CTR Ramsey | 3/26/2020 | 3/12/2020 - 3/23/2020 | $ 6.48 | 4/13/2020 |

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with **D.N.J. LBR 9004-1(b)**<br><br>Kate R. Buck<br>James A. Kellar<br>McCARTER & ENGLISH, LLP<br>100 Mulberry Street<br>Newark, New Jersey 07102<br>(973) 622-4444<br>kbuck@mccarter.com, jkellar@mccarter.com<br><br>*Counsel for NStar Electric Company, Eastern Massachusetts, Connecticut Light & Power Company, Yankee Gas Services Company, Public Service Company of New Hampshire, Consolidated Edison Company of New York, Inc., Orange and Rockland Utilities, Inc., PECO Energy Company, The Potomac Electric Power Company, Delmarva Power & Light Company, Atlantic City Electric Company, Potomac Edison Company, Jersey Central Power & Light Company, Boston Gas Company, KeySpan Energy Delivery Long Island, KeySpan Energy Delivery New York, Massachusetts Electric Company, Public Service Electric and Gas Company and Baltimore Gas and Electric Company* | |
| In re:<br><br>MODELL'S SPORTING GOODS,<br>INC., *et al.*,<br>                    Debtors. | Chapter 11<br><br>Case No. 20-14179 (VFP)<br><br>Jointly Administered<br><br>Honorable Vincent F. Papalia |

**DECLARATION OF PAWEL SAKOWSKI OF CONNECTICUT LIGHT & POWER COMPANY, YANKEE GAS SERVICES COMPANY AND PUBLIC SERVICE COMPANY OF NEW HAMPSHIRE IN SUPPORT OF RESPONSE OF CERTAIN UTILITY COMPANIES TO THE ORDER TEMPORARILY SUSPENDING THE <u>DEBTORS' CHAPTER 11 CASES PURSUANT TO 11 U.S.C. §§ 105 AND 305</u>**

I, Pawel Sakowski declare as follows:

1. I am the Supervisor, Credit and Collections Operations for Eversource Energy Service Company ("Eversource Service"), and I have been Supervisor, Credit and Collections Operations since 2017 and have been employed with Eversource Service for 12 years. In my current position with Eversource Service, I manage or participate in the management of customer and credit services, including the customer bankruptcy operations, of the following operating companies: Connecticut Light & Power Company ("CL&P"), Yankee Gas Services Company ("Yankee Gas") and Public Service Company of New Hampshire ("PSNH") (collectively, "Eversource").

2. Except as otherwise stated, all facts contained within this Declaration are based upon personal knowledge, my review of Eversource's business documents, correspondence and relevant documents, or my opinion based upon my experience concerning the operations of Eversource. If called upon to testify, I would testify to the facts set forth in this Declaration.

3. On behalf of Eversource, I submit this Declaration in support of the *Response of Certain Utility Companies To the Order Temporarily Suspending the Debtors' Chapter 11 Cases Pursuant to 11 U.S.C. §§ 105 and 305* (the "Response").

4. In making this Declaration, I am familiar with the contents of the Response.

5. It is part of my job responsibility with Eversource to: (A) review customer accounts with Eversource; (B) address credit issues with Eversource's customers; and (C) address issues concerning customers that file for bankruptcy protection, including payment of post-petition invoices.

2

6. Attached hereto as Exhibit "A" is a chart reflecting (i) redacted post-petition account numbers, (ii) service addresses, (iii) the post-petition service period for each invoice, (iv) invoice amount, and (v) invoice due date.

7. Exhibit "A" reflects that (i) CL&P issued six post-petition invoices to the Debtors totaling $2,927.57, (ii) Yankee Gas issued two post-petition invoices to the Debtors totaling $308.23, and (iii) PSNH issued one post-petition invoice to the Debtors in the amount of $1,365.28.

8. Eversource has not received payment for any of the post-petition invoices set forth in Exhibit "A."

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 22nd day of April 2020, at Windsor, Connecticut.

/s/ Pawel Sakowski
Pawel Sakowski

EXHIBIT "A"

| Service Address | Last 4 digits of Account | Invoice Date #1 | Service Period # 1 | Bill Amount #1 |
|---|---|---|---|---|
| **CL&P** | | | | |
| 26 6TH ST UNIT 3-205 STAMFORD CT 06905 | 9063 | 4/6/2020 | 3/11/20 - 3/17/20 | $265.65 |
| 26 6TH ST UNIT 3-205E STAMFORD CT 06905 | 9008 | 4/6/2020 | 3/11/20 - 3/16/20 | $80.09 |
| 3073 BERLIN TPKE STR 10 NEWINGTON CT 06111 | 9056 | 4/8/2020 | 3/11/20 - 3/13/20 | $91.80 |
| **Yankee Gas** | | | | |
| 2113 SUMMER ST STAMFORD CT 06905 | 9098 | 3/17/2020 | 3/11/20 - 3/17/20 | $107.25 |
| **PSNH** | | | | |
| 5626131 9057 | 9057 | 3/27/2020 | 3/11/20 - 3/27/20 | $1,365.28 |

| Invoice Date #2 | Service Period #2 | Bill Amount # 2 | Total Account Balance | Due Date | Payments |
|---|---|---|---|---|---|
| 4/16/2020 | 3/17/20 - 4/16/20 | $1,209.71 | $1,475.36 | 5/14/2020 | - |
| 4/16/2020 | 3/16/20 - 4/15/20 | $298.85 | $378.94 | 5/14/2020 | - |
| 4/14/2020 | 3/13/20 - 4/14/20 | $981.57 | $1,073.27 | 5/12/2020 | - |
| 4/16/2020 | 3/17/20 - 4/16/20 | $200.98 | $308.23 | 4/14/2020 | - |
| has not billed | - | - | - | 4/21/2020 | - |