| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with **D.N.J. LBR 9004-1(b)**<br><br>James A. Kellar<br>McCARTER & ENGLISH, LLP<br>100 Mulberry Street<br>Four Gateway Center<br>Newark, New Jersey 07102<br>(973) 622-4444<br>jkellar@mccarter.com<br><br>*Counsel for NStar Electric Company, Eastern Massachusetts, Consolidated Edison Company of New York, Inc., Orange and Rockland Utilities, Inc., PECO Energy Company, The Potomac Electric Power Company, Delmarva Power & Light Company, Atlantic City Electric Company, Potomac Edison Company, Jersey Central Power & Light Company, Boston Gas Company, KeySpan Energy Delivery Long Island, KeySpan Energy Delivery New York, Massachusetts Electric Company and Public Service Electric and Gas Company* | |
| In re:<br><br>MODELL'S SPORTING GOODS, INC., *et al.*,<br><br>      Debtors. | Chapter 11<br><br>Case No. 20-14179 (VFP)<br><br>Jointly Administered<br><br>Honorable Vincent F. Papalia |

## CERTIFICATION OF SERVICE

1.  I, Linda Restivo, a paralegal at the law firm of McCarter & English, LLP, counsel to NStar Electric Company, Eastern Massachusetts, Consolidated Edison Company of New York, Inc., Orange and Rockland Utilities, Inc., PECO Energy Company, The Potomac Electric Power Company, Delmarva Power & Light Company, Atlantic City Electric Company, Potomac Edison Company, Jersey Central Power & Light Company, Boston Gas Company, KeySpan Energy Delivery Long Island, KeySpan Energy Delivery New York, Massachusetts Electric Company and Public Service Electric and Gas Company, hereby certifies as follows:

2. On April 24, 2020, I caused the *Response of Certain Utility Companies to the Order Temporarily Suspending The Debtors' Chapter 11 Cases Pursuant to 11 U.S.C. §§ 105 and 305* to be served on the parties listed in the chart below:

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: April 24, 2020  /s/ Linda Restivo
Linda Restivo

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Michael D. Sirota, Esq.<br>David M. Bass, Esq.<br>Felice R. Yudkin<br>Cole Schotz P.C.<br>25 Main Street<br>P.O. Box 800<br>Hackensack, NJ 07601<br>Email: msirota@coleschotz.com<br>dbass@coleschotz.com<br>fyudking@coleschotz.com | Debtors' Counsel | ☐ Regular mail<br>☐ Certified mail/RR<br>☐ Overnight mail<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other |
| Nicole Fulfree, Esq.<br>Michael PapandreaEsq.<br>Lowenstein Sandler LLP<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>Email: nfulfree@lowenstein.com<br>mpapandrea@lowenstein.com | Counsel for the Official Committee of Unsecured Creditors | ☐ Regular mail<br>☐ Certified mail/RR<br>☐ Overnight mail<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Jeffrey Cohen, Esq.<br>Lowenstein Sandler LLP (NY)<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Email: jcohen@lowenstein.com | Counsel for the Official Committee of Unsecured Creditors | ☐ Regular mail<br>☐ Certified mail/RR<br>☐ Overnight mail<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other |
| Mitchell B. Hausman, Esq.<br>Peter J. D'Auria, Esq.<br>U.S. Department of Justice<br>Office of the U.S. Trustee<br>One Newark Center<br>Suite 2100<br>Newark, New Jersey  07102-5504<br>Email:  Mitchell.B.Hausman@usdoj.gov<br>          Peter.J.D'Auria@usdoj.gov | Office of the US Trustee (Notice of Appearance) | ☐ Regular mail<br>☐ Certified mail/RR<br>☐ Overnight mail<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>USTPRegion03.NE.ECF@usdoj.gov<br>☐ Other<br>(as authorized by the court *) |
| Otterbourg P.C.<br>Attn: Daniel F. Fiorillo, Esq. and Chad B. Simon, Esq.<br>230 Park Avenue<br>New York NY 10169<br>Email: dfiorillo@otterbourg.com<br>          CSimon@otterbourg.com | Counsel for the Prepetition Administrative Agent | ☐ Regular mail<br>☐ Certified mail/RR<br>☐ Overnight mail<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other |
| Riemer & Braunstein LLP<br>Attn: Steven E. Fox, Esq.<br>Times Square Tower, Suite 2506<br>Seven Times Square<br>New York NY 10036<br>Email: SFox@riemerlaw.com | Counsel for the Prepetition Term Agent | ☐ Regular mail<br>☐ Certified mail/RR<br>☐ Overnight mail<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other |

ME1 33188825v.1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Norris McLaughlin, P.A.<br>Attn: Morris S. Bauer, Esq.<br>400 Crossing Boulevard, 8th Floor<br>P.O. Box 5933<br>Bridgewater NJ 08807<br>Email: mabuer@norris-law.com | Local counsel for Prepetition Administrative Agent and Prepetition Term Agent | ☐ Regular mail<br>☐ Certified mail/RR<br>☐ Overnight mail<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other |

ME1 33188825v.1