**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| MODELL'S SPORTING GOODS, INC., *et al.*, | Case No. 20-14179 (VFP) |
| Debtors.[1] | Jointly Administered |

## AFFIDAVIT OF SERVICE

I, Nathan Chien, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On October 13, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the Notice Parties Service List attached hereto as **Exhibit A**:

- Third Monthly Compensation and Staffinf Report of Berkeley Research Group, LLC during the period from June 1, 2020 through June 30, 2020 [Docket No. 773]

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced document(s) via electronic service.

*[Remainder of page intentionally left blank]*

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: Modell's Sporting Goods, Inc. (9418), Modell's II, Inc. (9422), Modell's NY II, Inc. (9434), Modell's NJ II, Inc. (9438), Modell's PA II, Inc. (9426), Modell's Maryland II, Inc. (9437), Modell's VA II, Inc. (9428), Modell's DE II, Inc. (9423), Modell's DC II, Inc. (9417), Modell's CT II, Inc. (7556), MSG Licensing, Inc. (8971), Modell's NH, Inc. (4219), Modell's Massachusetts, Inc. (6965) and Modell's Online, Inc. (2893). The Debtors' corporate headquarters is located at 498 Seventh Avenue, 20th Floor, New York, New York 10018.

Dated: October 15, 2020

/s/ *Nathan Chien*
Nathan Chien

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on October 15, 2020, by Nathan Chien, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ JAMES A. MAPPLETHORPE*
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

# **Exhibit A**

Exhibit A

Notice Parties Service List

Served as set forth below

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | CITY | STATE | ZIP | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| Counsel to the Debtor | Cole Schotz P.C. | Attn: Michael D. Sirota, David M. Bass, Felice R. Yudkin | | | | | msirota@coleschotz.com; dbass@coleschotz.com; fyudkin@coleschotz.com | Email |
| Counsel to the Official Committee of Unsecured Creditors | Lowenstein Sandler LLP | Attn: Jeffrey Cohen, Nicole Fulfree, Michael Papandrea | | | | | jcohen@lowenstein.com; nfulfree@lowenstein.com; mpapandrea@lowenstein.com | Email |
| Debtor | Modell's Sporting Goods, Inc. | Attn: Robert J. Duffy | 498 Seventh Avenue, 20th Floor | New York | NY | 10018 | | First Class Mail |
| United States Trustee | Office of the United States Trustee for the District of New Jersey | Attn: Mitchell B. Hausman, Peter J. D'Auria | | | | | Mitchell.B.Hausman@usdoj.gov; Peter.J.D'Auria@usdoj.gov | Email |
| Counsel to JP Morgan Chase Bank, N.A., as administrative agent under the Debtors' pre-petition revolving credit facility and proposed DIP lender | Otterbourg P.C. | Attn: Daniel Fiorillo, Esq., Chad Simon, Esq. | | | | | dfiorillo@otterbourg.com; csimon@otterbourg.com | Email |
| Counsel to Wells Fargo Bank, National Association as term agent under the Debtors' pre-petition term loan | Riemer Braunstein LLP | Attn: Steven Fox, Esq. | | | | | sfox@riemerlaw.com | Email |