## UNITED STATES BANKRUPTCY COURT

DISTRICT OF    NEW JERSEY

In re:  Modell's Sporting Goods, Inc. et. al.    §    Case No.    20-14179
§
§    Lead Case No.    20-14179
§
_____    §
Debtor(s)    §    ⊠ Jointly Administered

# Post-confirmation Report

Chapter 11

Quarter Ending Date: 03/31/2026    Petition Date: 03/11/2020

Plan Confirmed Date: 11/13/2020    Plan Effective Date: 12/01/2020

This Post-confirmation Report relates to:  ◯ Reorganized Debtor

⦿ Other Authorized Party or Entity: MSGI Liquidation Trust

Name of Authorized Party or
Entity

/s/ Steven Balasiano    Steven Balasiano
Signature of Responsible Party    Printed Name of Responsible Party

04/17/2026
Date

27 Crimson King Drive, Bear, DE 19701
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Modell's Sporting Goods, Inc. et. al.                              Case No.  20-14179

## Part 1: Summary of Post-confirmation Transfers

| | Current Quarter | Total Since Effective Date |
|---|---|---|
| a. Total cash disbursements | $295,148 | $15,562,620 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $295,148 | $15,562,620 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor | *Aggregate Total* | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |

UST Form 11-PCR (12/01/2021)

Debtor's Name Modell's Sporting Goods, Inc. et. al.                                    Case No.  20-14179

| | | | | | |
|---|---|---|---|---|---|
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxviii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |

UST Form 11-PCR (12/01/2021)                                3

Debtor's Name Modell's Sporting Goods, Inc. et. al.                                   Case No.  20-14179

| | | | | | |
|---|---|---|---|---|---|
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvii | | | | | |
| lxxxvii | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

| | | | Approved Current | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor _Aggregate Total_ | | | | | |
| | _Itemized Breakdown by Firm_ | | | | | |
| | Firm Name | Role | | | | |
| | i | | | | | |
| | ii | | | | | |
| | iii | | | | | |
| | iv | | | | | |
| | v | | | | | |
| | vi | | | | | |

UST Form 11-PCR (12/01/2021)                                      4

Debtor's Name Modell's Sporting Goods, Inc. et. al.                                          Case No.  20-14179

| | | | | | |
|---|---|---|---|---|---|
| vii | | | | | |
| viii | | | | | |
| ix | | | | | |
| x | | | | | |
| xi | | | | | |
| xii | | | | | |
| xiii | | | | | |
| xiv | | | | | |
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxviii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |

UST Form 11-PCR (12/01/2021)                                                5

Debtor's Name Modell's Sporting Goods, Inc. et. al.                                    Case No.  20-14179

| | | | | | |
|---|---|---|---|---|---|
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvii | | | | | |
| lxxxvii | | | | | |
| lxxxix | | | | | |
| xc | | | | | |

UST Form 11-PCR (12/01/2021)                            6

Debtor's Name Modell's Sporting Goods, Inc. et. al.                                    Case No.  20-14179

| | | | | | | |
|---|---|---|---|---|---|---|
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

## Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $2,750,000 | $0 | $295,437 | $295,437 | 100% |
| b. Secured claims | $0 | $0 | $2,200 | $2,200 | 100% |
| c. Priority claims | $0 | $0 | $0 | $0 | 0% |
| d. General unsecured claims | $0 | $0 | $0 | $0 | 0% |
| e. Equity interests | $0 | $0 | $0 | | |

## Part 4: Questionnaire

a. Is this a final report?                                              Yes ○    No ◉

    If yes, give date Final Decree was entered:                    _____

    If no, give date when the application for Final Decree is anticipated:    12/31/2027

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ◉    No ○

Debtor's Name Modell's Sporting Goods, Inc. et. al.                                          Case No.  20-14179

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan.  Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes.  For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

/s/ Steven Balasiano                                    Steven Balasiano
Signature of Responsible Party                         Printed Name of Responsible Party

Liquidation Trustee                                    04/17/2026
Title                                                  Date

UST Form 11-PCR (12/01/2021)                      8

Debtor's Name Modell's Sporting Goods, Inc. et. al.                                        Case No.  20-14179



Page 1

Other Page 1

Page 2 Minus Tables

Bankruptcy Table 1-50

Debtor's Name Modell's Sporting Goods, Inc. et. al.                                    Case No.  20-14179



Bankruptcy Table 51-100

Non-Bankruptcy Table 1-50

Non-Bankruptcy Table 51-100

Part 3, Part 4, Last Page

UST Form 11-PCR (12/01/2021)                           10

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| MODELL'S SPORTING GOODS, INC., *et al.*,[1] | Case No. 20-14179 (VFP) |
| Liquidating Debtors. | |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS,**
**METHODOLOGY AND DISCLAIMERS REGARDING**
**POST-CONFIRMATION QUARTERLY REPORT**

The Liquidation Trustee[2] of the MSGI Liquidation Trust (the "Liquidation Trust") formed pursuant to the *First Amended Joint Plan of Liquidation of Modell's Sporting Goods, Inc. and its Subsidiary Debtors Pursuant to Chapter 11 of the Bankruptcy Code* (the "Plan") [Docket No. 758], the order confirming the Plan entered on November 13, 2020 (the "Confirmation Order") [Docket No. 827], and the Liquidation Trust Agreement executed pursuant to the Plan and Confirmation Order, has filed the attached post-confirmation quarterly report (the "Quarterly Report") in the United States Bankruptcy Court for the District of New Jersey (the "Court").  The Liquidation Trustee prepared the Quarterly Report solely in his capacity as Liquidation Trustee, with the assistance of the Liquidation Trustee's advisors and professionals.  The Quarterly Report has been prepared solely for the purpose of complying with the post-confirmation quarterly reporting requirements established by the United States Trustee Program (*see* *https://www.justice.gov/ust/chapter-11-operating-reports*).

The financial information contained in the Quarterly Report is unaudited, limited in scope, and is not prepared in accordance with accounting principles generally accepted in the United States of America nor in accordance with other applicable non-bankruptcy law.

In preparing the Quarterly Report, the Liquidation Trustee relied on financial data available from the books and records available at the time of such preparation, as well as certain filings from the docket in the above-captioned chapter 11 case (the "Chapter 11 Case").  Although the Liquidation Trustee made commercially reasonable efforts to ensure the accuracy and

---

[1] The substantively consolidated Debtors in this chapter 11 case and the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: Modell's Sporting Goods, Inc. (9418), Modell's II, Inc. (9422), Modell's NY II, Inc. (9434), Modell's NJ II, Inc. (9438), Modell's PA II, Inc. (9426), Modell's Maryland II, Inc. (9437), Modell's VA II, Inc. (9428), Modell's DE II, Inc. (9423), Modell's DC II, Inc. (9417), Modell's CT II, Inc. (7556), MSG Licensing, Inc. (8971), Modell's NH, Inc. (4219), Modell's Massachusetts, Inc. (6965) and Modell's Online, Inc. (2893).  The mailing address of the Debtors, solely for purposes of notices and communications, is MSGI Liquidation Trust, 27 Crimson King Drive, Bear, Delaware, 19701.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Plan (defined herein).

38316/3
01/16/2026 317347630.1

completeness of the Quarterly Report, inadvertent errors or omissions may exist.[3]   For the avoidance of doubt, the Liquidation Trustee hereby reserves the right to amend and supplement the Quarterly Report as may be necessary or appropriate.

Steven Balasiano, Esq., as signatory to the Quarterly Report, has necessarily relied upon the efforts, statements, advice, and representations of the Liquidation Trustee's advisors and professionals based on the aforementioned available books and records and certain filings in this Chapter 11 Case.  Mr. Balasiano has not (and could not have) personally verified the accuracy of each such statement, representation, and answer contained in the Quarterly Report.

**Part 1: Summary of Post-confirmation Transfers**.  The amounts identified in Part 1 of the Quarterly Report (*Summary of Post-confirmation Transfers*) have been derived from the books and records available to the Liquidation Trustee at the time of the preparation of the Quarterly Report.

**Part 2: Preconfirmation Professional Fees and Expenses**.  With respect to Part 2 of the Quarterly Report (*Preconfirmation Professional Fees and Expenses*), the Liquidation Trustee refers to and incorporates by reference any amounts allowed and paid pursuant to the Court's orders allowing the final fees and expenses of the professionals retained by the Debtors and the Official Committee of Unsecured Creditors prior to the Effective Date of the Plan [*See, e.g.,* Docket Nos. 794, 888, 889, 905, 919, and 920].

**Part 3:  Recoveries of the Holders of Claims and Interests under Confirmed Plan**.  The review and reconciliation of claims and interests filed, scheduled, or otherwise asserted in this Chapter 11 Case has not yet been completed.  Further, while the Liquidation Trustee has liquidated certain sources of recovery for the benefit of beneficiaries of the Liquidation Trust, such as certain estate claims and causes of action, the Liquidation Trustee will continue to assess and potentially pursue sources of recovery as they may be identified or otherwise arise.  As such, the Liquidation Trustee is not able to determine at this time the total anticipated payments to be made under the Plan.  Therefore, certain information entered in Part 3 of the Quarterly Report (*Recoveries of the Holders of Claims and Interests under Confirmed Plan*) is derived from the Disclosure Statement [Docket No. 759], and "$0" or "0%" has been entered in certain lines of Part 3 of the Quarterly Report (*Recoveries of the Holders of Claims and Interests under Confirmed Plan*) where such information is unknown, not yet determined, or otherwise not applicable.  The anticipated payments under the Plan, the amount of allowed claims in each class under the Plan, and the actual recoveries on account of such allowed claims remain subject to, among other things, the Liquidation Trustee's claims reconciliation process and asset recovery process in all respects.

**Part 4:  Questionnaire**.  The Liquidation Trustee cannot currently anticipate, with any degree of certainty, when the application for a Final Decree closing this Chapter 11 Case may be filed.  For the avoidance of doubt, the date reflected in Part 4 of the Quarterly Report (*Questionnaire*) is for illustrative purposes only and is subject to change.

---

[3] The Liquidation Trustee and his agents, advisors, attorneys, and other professionals, as applicable, do not guarantee or warrant the accuracy or completeness of the data that is provided in this Quarterly Report.